IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA RUSH, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 06-0672-CG-M |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner of | : |
| Social Security, | : |
| | : |
|     Defendant. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act be **GRANTED**, without objection, and that Plaintiff's attorney be **AWARDED** an EAJA fee in the amount of $2,437.50 and costs in the amount of $350.00 for a total fee and expenses in the amount of $2,787.50.

**DONE and ORDERED** this 27th day of March, 2008.

                                          /s/ Callie V. S. Granade
                                        CHIEF UNITED STATES DISTRICT JUDGE