IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BARBARA RUSH,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| vs. | :   **CIVIL ACTION 06-0672-CG-M** |
| | : |
| **MICHAEL J. ASTRUE,** | : |
| Commissioner of | : |
| Social Security, | : |
| | : |
|     **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act be **GRANTED**, without objection, and that Plaintiff's attorney be **AWARDED** an EAJA fee in the amount of $2,437.50 and costs in the amount of $350.00 for a total fee and expenses in the amount of $2,787.50.  No costs are taxed.

**DONE and ORDERED** this 27th day of March, 2008.

                                                /s/ Callie V. S. Granade
                                              CHIEF UNITED STATES DISTRICT JUDGE